**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**DOUGLAS MICHAEL SMITH**                                                          **PLAINTIFF**

**v.**                                   **No. 3:25-cv-00241-KGB-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                                    **DEFENDANT**

### SCHEDULING ORDER[1]

Plaintiff has filed a complaint appealing the Social Security Administration Commissioner's final decision denying benefits. The Clerk of the Court notified Defendant about the complaint via CM-ECF. See Rule 3 of the Supp. Rules for Soc. Sec. Action Under 42 U.S.C. § 405(g) ("Supplemental Rules"). This Order is intended to track the filing deadlines contained in the Supplemental Rules.

Plaintiff's brief is due 30 days after the answer is filed.[2] Failing to file a timely brief may result in dismissal of the case for failure to prosecute.

Defendant's brief is due 30 days after Plaintiff's brief is filed.

Plaintiff's reply brief is due 14 days after Defendant's brief is filed.

SO ORDERED 13 November 2025.

AT THE DIRECTION OF THE COURT
Tammy Downs, Clerk

By: Melanie Beard, Deputy Clerk

---

[1] The stay in this case was lifted today. *See AO-LiftingStayCivilProceedingsSSACases.pdf*

[2] If any deadline falls on a weekend or federal holiday, the deadline will be the next workday. *See* FED. R. CIV. P. 6(a)(1)(C).