## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DOUGLAS MICHAEL SMITH**                                                    **PLAINTIFF**

**v.**                           **No. 3:25-cv-00241-KGB-ERE**

**SOCIAL SECURITY ADMINISTRATION,**
**Commissioner**                                                             **DEFENDANT**

### <u>ORDER</u>

Defendant's unopposed motion to reverse and remand (*Doc. 12*) is GRANTED. Accordingly, the Commissioner's decision is reversed, and this case is REMANDED for further administrative proceedings. This is a "sentence four" remand within the meaning of 42 U.S.C. § 405(g) and *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

So Ordered 14 May 2026.

_____
UNITED STATES MAGISTRATE JUDGE