**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DOUGLAS MICHAEL SMITH** **PLAINTIFF**

**v.** **Case No. 3:25-cv-00241-KGB**

**COMMISSIONER OF,**
**SOCIAL SECRUITY AMINISTRATION** **DEFENDANT**

**ORDER**

Before the Court is plaintiff Douglas Michael Smith's motion for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412 (Dkt. No. 17). Defendant Frank Bisignano, Commissioner of Social Security ("Commissioner"), does not object to Smith's request (Dkt. No. 19). After careful review of the record before it and for good cause shown, the Court determines that $4,793.03 is an appropriate fee award for attorney's fees in this case. The Court grants Smith's motion for attorney's fees and awards to Smith $4,793.03 in attorney's fees, payable to Smith's attorney, Howard D. Olinsky, pursuant to Smith's signed statement assigning any EAJA fees to Olinsky.

It is so ordered this 1st day of September, 2026.

Kristine G. Baker
Chief United States District Judge